# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Terry Lee Strickland            Docket No. 5:00-CR-110-1BO

## Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terry Lee Strickland, who, upon an earlier plea of guilty to 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Possess With the Intent to Distribute and Distribute at Least 50 Grams of a Mixture and Substance Containing Cocaine Base (Crack) and 18 U.S.C. § 924(c)(1)(A), Use and Carry a Firearm During a Drug Trafficking Offense, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 8, 2001, to the custody of the Bureau of Prisons for a term of 322 months. On May 23, 2003, due the Government's Motion for Reduction Pursuant to Rule 35, the defendant's sentence was reduced to 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Terry Lee Strickland was released from custody on September 4, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant's release, he has only been sporadically employed. To assist him with job readiness skills, we are recommending that the conditions of supervision be modified to include vocational training, cognitive behavioral training, and educational services. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Terry Lee Strickland
Docket No. 5:00-CR-110-1BO
Petition For Action
Page 2

3.  The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>1760 Parkwood Blvd., Room 201<br>Wilson, NC 27893-3564<br>Phone: (252) 237-0788<br>Executed On: July 27, 2010 |

## ORDER OF COURT

Considered and ordered this ___ day of Aug_____, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge